FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 09 2020

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 20-1366 KWR |
| ) | |
| vs. ) | Counts 1 and 2: 18 U.S.C. §§ 922(g)(1) and |
| ) | 924: Felon in Possession of a Firearm and |
| ASA JOE, ) | Ammunition. |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about February 22, 2019, in San Juan County, in the District of New Mexico, the defendant, **ASA JOE**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

(1)   attempted burglary of a dwelling house,

(2)   receiving or transferring a stolen motor vehicle, and

(3)   aggravated fleeing a law enforcement officer,

knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

### Count 2

On or about February 26, 2019, in San Juan County, in the District of New Mexico, the defendant, **ASA JOE**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

(1)   attempted burglary of a dwelling house,

(2)   receiving or transferring a stolen motor vehicle, and

    (3)    aggravated fleeing a law enforcement officer,

knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## FORFEITURE ALLEGATIONS

Upon conviction of the offense alleged in this Indictment, the defendant, **ASA JOE**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any interest he may have in a .45 caliber Hi-Point handgun, .45 caliber Springfield handgun (Serial number **US573482**), and all ammunition surrendered to law enforcement on February 22, 2019 and February 26, 2019.

A TRUE BILL:

/S/

FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
06/08/20  3:46PM