# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America

v.

ASA JOE
*Defendant*

Case No. 1:20-cr-1366 KWR

## WAIVER OF PERSONAL PRESENCE AT HEARING

I, **Asa Joe**, Defendant, understand that I am scheduled for a **Sentencing** hearing on **June 22, 2022**.
*nature of hearing*     *date*

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: June 21, 2021

_____
*Defendant's signature*

Todd J. Bullion
_____
*Signature of defendant's attorney*

Todd J. Bullion
*Printed name of defendant's attorney*

todd@bullionlaw.com
*Defendant's attorney's e-mail address*